# Court of Appeals
## Tenth Appellate District of Texas

10-25-00234-CV

In the Matter of J.W., a Child

On appeal from the
472nd District Court of Brazos County, Texas
Judge George J. Wise, presiding
Trial Court Cause No. 385-J-24

PER CURIAM opinion of the Court.

### MEMORANDUM OPINION

J.W. appealed the trial court's "Order Modifying Disposition/ Restitution Order" signed on July 8, 2025. On September 24, 2025, J.W. filed a motion to voluntarily dismiss the appeal that was signed by J.W., J.W.'s parent, and J.W.'s attorney. *See* TEX. R. APP. P. 42.2(a).

Accordingly, J.W.'s motion to voluntarily dismiss the appeal is granted, and this appeal is dismissed. *Id.*

PER CURIAM

OPINION DELIVERED and FILED: October 2, 2025
Before Chief Justice Johnson,
    Justice Smith, and
    Justice Harris
Appeal dismissed
CV06

